

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00321-CR

Joe L. **MIRELES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6904
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 31, 2013.

Catherine Stone, Chief Justice